**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No.  12-cv-1291-WJM-BNB

UNITED STATES OF AMERICA For the Use and Benefit of VOLVO CONSTRUCTION EQUIPMENT RENTS, INC.,

     Plaintiff,

v.

WATTS CONSTRUCTORS, LLC,
THE WEITZ COMPANY, LLC,
STRONG STRUCTURAL STEEL, LTD.,
K & S ERECTORS, LLC,
FEDERAL INSURANCE COMPANY, and
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

     Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS CERTAIN PARTIES

This matter comes before the Court on Use Plaintiff Volvo Construction Equipment Rents, Inc.'s ("Volvo") Unopposed Motion to Dismiss Certain Parties (ECF No. 16) filed July 13, 2012.  The Court having reviewed the Motion hereby ORDERS as follows:

The Use Plaintiff Volvo's Motion is GRANTED.  It is hereby ORDERED that Use Plaintiff's claims against Watts Constructors, LLC, The Weitz Company, LLC, Strong Structural Steel, Ltd., Federal Insurance Company, and Fidelity and Deposit Company of Maryland are DISMISSED WITH PREJUDICE.  All affected parties shall bear their own attorney's fees and costs.

Dated this 18th day of July, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge